UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                              Case No. 11-cr-61-PB

**Rafael Benietz, et. al.**


**O R D E R**

The defendant has moved through counsel to continue the November 1, 2011 trial in the above case, citing the need for additional time to prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 1, 2011 to December 6, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued to November 22, 2011 at 2:30 pm.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 21, 2011

cc:  Alexander Cain, Esq.
     Sven Wiberg, Esq.
     Jennifer Davis, AUSA
     United States Marshal
     United States Probation